In the Matter of HARLEM CHECK CASHING CORPORATION, Petitioner, against ELLIOTT V. BELL, as Superintendent of Banks of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of ARTHUR G. KLEIN, Appellant, against JOHANNES STEEL, Respondent.

Application for determination as to the validity of the certificate of substitution designating respondent as candidate for representative for Congress, from the 19th Congressional District, of the American Labor Party.

Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [186 Misc. 98.]

### (February 21, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. H. C. F. KOCH & Co., INC., Respondent, against WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Order affirmed, with $20 costs and disbursements.

COHN, J. (dissenting). Aside from the fact that the valuations claimed by relator for the tax year 1941–42 constitute an admission binding upon relator, there is no evidence to justify the variance in the land values found by the Special Term. Both the city's expert and the relator's expert agreed that the values of the land remained constant for the three successive years under review. With the exception of making allowances for depreciation, the experts, too, were in accord that the building valuations for the entire period were otherwise uniform. There is no proof to support the disparity in the court's building valuations for the two later years.

I dissent and vote to modify the final order to the extent of fixing the valuations for the last two years under review, as follows: 1942–43, Land $260,000, Building $100,000, Total $360,000; 1943–44, Land $260,000, Building $90,000, Total $350,000.

Martin, P. J., Townley, Glennon and Dore, JJ., concur in decision; Cohn, J., dissents in opinion.

Order affirmed, with $20 costs and disbursements. No opinion.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 974 REALTY CORP., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [974 St. Nicholas Ave., Borough of Manhattan.] — Order unanimously modified by fixing the values for the year 1943-44 at: Land $53,000; Building $103,000; Total $156,000, and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.